**HALPER SADEH LLP**
Zachary Halper, Esq.
186 Darwin Lane
North Brunswick, NJ 08902
Tel: (212) 763-0060
Fax: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY MILES,<br><br>  Plaintiff,<br><br>  v.<br><br>COOPER TIRE & RUBBER COMPANY, JOHN J. HOLLAND, BRADLEY E. HUGHES, STEVEN M. CHAPMAN, SUSAN F. DAVIS, KATHRYN P. DICKSON, TYRONE M. JORDAN, TRACEY I. JOUBERT, GARY S. MICHEL, BRIAN C. WALKER, and ROBERT D. WELDING,<br><br>  Defendants. | Case No: 2:21-cv-06762-JMV-JBC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jeffrey Miles hereby voluntarily dismisses the above-captioned action.

Defendants have not served an answer or a motion for summary judgment.

Dated: June 17, 2021                                        Respectfully submitted,

                                                            **HALPER SADEH LLP**

                                                            /s/ Zachary Halper
                                                            Zachary Halper, Esq.
                                                            186 Darwin Lane

1

2

                    North Brunswick, NJ 08902
                    Telephone: (212) 763-0060
                    Facsimile: (646) 776-2600
                    Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                            /s/ Zachary Halper
                                            Zachary Halper